

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**4/13/2015**                                                    **COA No. 12-13-00126-CR**
**STAPLES, CHESTER ALAN     Tr. Ct. No. 30979**                  **PD-1354-14**
The Appellant's motion for extension of time to file the appellant's motion for rehearing is granted. The said time to file the motion for rehearing has been extended to Friday, April 24, 2015.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *